

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00361-CR

Anthony John **SEQUIERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 445586
Honorable Genie Wright, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED as follows:

It is ORDERED that the $1,500.00 fine and the affirmative finding of family violence is deleted. Further, it is ORDERED that the time of imprisonment is modified to 45 days.

As modified, the judgment of the trial court is AFFIRMED.

SIGNED July 29, 2015.

Karen Angelini, Justice